SICKLES *et al.*, Respondents, *vs.* PATTERSON, Appellant.

1. No finding of facts necessary on the trial of appeals from justices of the peace.

*Appeal from St. Francois Circuit Court.*

*J. G. Beal*, for respondents.

SCOTT, Judge. This was a suit begun in a justice's court, where there was a judgment for the defendant. On an appeal to the Circuit Court, there was a judgment for the plaintiffs. The cause was submitted to the court and was tried without a jury. No instructions were asked. The cause having been submitted to the court, and no instructions having been asked, there is nothing in the record which would warrant the interference of this court. In the trial of appeals from justices' courts, this court has always held that no finding of the facts was necessary. The trial is to be had as it always has been. No exception was taken to the refusal of the court to dismiss the cause.

Judge Ryland concurring, the judgment is affirmed; Judge Gamble not sitting.

———•◦•———

PHELPS, Appellant, *vs.* RELFE, Respondent.

1. Judgment reversed for want of a finding of the facts.

*Appeal from Washington Circuit Court.*

*M. Frissell*, for appellant.
*T. C. Johnson*, for respondent.

SCOTT, Judge. This case having been tried by the court and no facts having been found, in accordance with the late decisions of this court, it will be reversed and the cause remanded.